UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO by its TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
FRANCIS P. DiMENNA, ALFRED GEROSA, JOHN HYERS,
DANIEL NOESGES and JOHN F. O'HARE, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, PENSION,
WELFARE and TRAINING FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 14-14B,
AFL-CIO,

**STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE**

CV-05-4142 (ARR)(JMA)

Plaintiffs,

-against-

BRIAR CONSTRUCTION CORP. and HELEN CUMMINGS,
individually,

Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against Defendants BRIAR CONSTRUCTION CORP. and HELEN CUMMINGS and without costs to either parties as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hastings-on-Hudson, New York
       June 2, 2006

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

So Ordered:

_____ 6/13/06
The Honorable Allyne R. Ross, U.S.D.J.

GOETZ FITZPATRICK, LLP

By: Donald J. Carbone (DC-2122)
Attorneys for Defendants
One Penn Plaza, Suite 4401
New York, New York 10119
(212) 695-8100